**NEW YORK & BERMUDEZ COMPANY, Libelant-Appellee v. STEAMSHIP NEGUS, ORVIG DAMPSKIBSAKTIESELSKAB, Claimant-Appellant.**

**ORVIG DAMPSKIBSAKTIESELSKAB, Libelant-Appellant, v. NEW YORK & BERMUDEZ COMPANY, Respondent-Appellee.**

(Circuit Court of Appeals, Second Circuit. April 21, 1924.)

No. 300.

Appeal from the District Court of the United States for the Southern District of New York.

Haight, Smith, Griffin & Deming, of New York City (Herbert K. Stockton, of New York City, of counsel), for appellant.

Burlingham, Veeder, Masten & Fearey, of New York City (Roscoe H. Hupper and William J. Dean, both of New York City, of counsel), for appellee.

Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Upon consideration of this record it is not thought necessary to add anything to the opinion of Ward, J., in the court below.

Decree (298 Fed. 749) affirmed, with interest and costs.